No. 813. OHIO POWER CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *J. Marvin Haynes, N. Barr Miller, F. Eberhart Haynes, Oscar L. Tyree* and *Joseph H. Sheppard* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States.

No. 820. LYLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Coy Ulice Spawn* for petitioner. *Solicitor General Rankin* and *Beatrice Rosenberg* for the United States.

No. 822. WOOLLEY *v.* EASTERN AIR LINES, INC., ET AL. C. A. 5th Cir. Certiorari denied. *William Gresham Ward* for petitioner. *E. Smythe Gambrell* and *W. Glen Harlan* for the Eastern Air Lines, Inc., et al., respondents.

No. 823. FALL, DISTRICT COURT JUDGE, ET AL. *v.* JOHNSTONE. Supreme Court of Montana. Certiorari denied. *E. G. Toomey* for petitioners. *Myles J. Thomas* for respondent.

No. 827. GENERAL TRUCK DRIVERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS, LOCAL 270, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Herbert S. Thatcher* and *L. N. D. Wells, Jr.* for petitioners. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.